## SCOTT v. SCOTT.

PETITION for divorce, on the ground of willful desertion, for more than three years.    The petitioner was not present in court; but the facts being substantially proved, and that the desertion had been of long continuance, upwards of twenty years — The court dispensed with the petitioner's personal appearance, and said it had been before done, in the case of a Mrs. Thompson, in the county of Hartford, whose husband was supposed to be lost at sea, and she being unable to attend court.